UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT MERCER,

                Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2022

21 CIVIL 10503 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2022, the Court has dismissed all federal causes of action asserted in the Amended Complaint for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction over any state-law claims that Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered against Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

       March 24, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                             BY:

                                                       **Deputy Clerk**